# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARLETT WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV469 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GLOBAL PAYMENTS RECOVERY SERVICES, INC. and LAW OFFICE OF BRADLEY J. REPHEN, P.C., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's response to the court's April 9, 2008 Order to Show Cause. **See** Filing No. 18. The plaintiff's response (Filing No. 28) seeks an order allowing the plaintiff an additional forty-five days to serve defendant Law Office of Bradley J. Rephen, P.C. The plaintiff has recently sought summons in this matter and represents the plaintiff will serve the defendant within the time sought. Further, the plaintiff contends the delay in service was to determine whether such defendant was a necessary party. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have to **on or before June 9, 2008**, to effect service of the summons and complaint upon Law Office of Bradley J. Rephen, P.C.

Dated this 24th day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge