# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHARLETT WHITE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV469 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **GLOBAL PAYMENTS RECOVERY SERVICES, INC. and LAW OFFICES OF BRADLEY J. REPHEN, P.C.,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation of Dismissal with Prejudice (Filing No. 34). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 34) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 1st day of August, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge